# NATIONAL GRAIN AND FEED ASSOCIATION
# ARBITRATION SERVICES CONTRACT
## Case Number 2472

For the purpose of avoiding the delay and expense of litigation, the undersigned parties hereby agree to submit the following controversy to arbitration by the National Grain and Feed Association (NGFA) for resolution.

The dispute involves claims by Cargill, Incorporated against Sidney Howell d/b/a Sidney Howell Farms involving contract nos. 48729, 49356, and 49401 for #2 yellow corn and contract no. 49305 for #2 soft red winter wheat. Cargill is claiming $119,412.50 in damages.

The parties agree to comply with all NGFA Arbitration Rules, including, but not limited to, those rules requiring the parties to advance approximate expenses when an oral hearing is requested. The parties agree that noncompliance with any NGFA Arbitration Rules may result in a default judgment.

The parties further agree to abide by the decision reached in this case and that the decision shall be final, subject to the NGFA Arbitration Rules relating to appeals.

The parties hereby release all members of the Arbitration Committee (and any appeals committee), the NGFA, and NGFA staff from any responsibility, including for error in judgment, in any respect whatsoever and from any alleged damage or loss. The parties further understand that the NGFA shall close its files related to this case one year after its conclusion, including the disposal of any and all documents and other file materials.

The parties agree that in the event a member of the Arbitration Committee (and any Appeals Committee) is unable to continue in the determination of this case, the NGFA National Secretary may appoint another member to so act, in accordance with the Arbitration Rules, and that all terms of this agreement shall remain binding on the parties.

| | |
|---|---|
| PLAINTIFF: Cargill, Incorporated | DEFENDANT: Sidney Howell d/b/a Sidney Howell Farms |
| ADDRESS: 15407 McGinty Road West Wayzata, MN 55391 | ADDRESS: |
| NAME: R. Dean Grossmann | NAME: |
| TITLE: V.P. | TITLE: |
| SIGNATURE: [signed] | SIGNATURE: |
| DATE: 10/15/09 | DATE: |
| WITNESS: [signed] | WITNESS: |